**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL W. RANNELS,<br>Plaintiff,<br>v.<br>KENNETH C. TWISSELMAN, II, et al.,<br>Defendants. | Case No. 1:26-cv-00967 KES EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE AND WITHOUT LEAVE TO AMEND; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 13 |

Daniel W. Rannels initially sought to hold 18 defendants from the Mojave Municipal Court or Kern County Superior Court, along with defense attorneys, prosecutors, and deputies and detectives from the Kern County Sheriff's Office, liable for violations of his civil rights, including participating in state court hearings that led to his incarceration or forfeiture of property and subjecting him to cruel and unusual punishment. *See generally* Doc. 1. The magistrate judge screened the complaint and found Rannels failed to state any cognizable claims against the Defendants. Doc. 11. Rannels was granted leave to amend and was also informed that, alternatively, he could notify the Court that he wished to stand on the complaint. Doc. 11 at 2.

On May 7, 2026, Rannels filed an amended complaint. Doc. 12. Rannels re-asserted the claims from his initial complaint against Judge Kenneth C. Twisselman, II from the Kern County Superior Court; District Attorneys Christopher R. Puck and Brandon Stallings, defense attorney

Arturo J. Revelo, and Roger Walden. Doc. 12. Plaintiff added Cynthia Barnes, his appellate attorney, as a defendant. *Id.*

On June 10, 2026, the magistrate judge screened the First Amended Complaint and issued findings and recommendations recommending dismissal, with prejudice and without further leave to amend, for failure to state a claim. Doc. 13 at 3-10. The Court served these findings and recommendations on Rannels with a notice that any objections were to be filed within 30 days. *Id.* at 9-10. The Court informed Plaintiff that a failure to file timely objections "may result in the waiver of rights on appeal." *Id.* at 10 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Rannels did not file objections, and the time to do so has expired.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued June 10, 2026 (Doc. 13) are ADOPTED in full.
2. This action is DISMISSED, with prejudice and without further leave to amend, for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 29, 2026

UNITED STATES DISTRICT JUDGE